THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK H. SWARTZ, Appellant.

Submitted December 8, 2008; decided January 13, 2009

Motion for reargument denied [*see* 11 NY3d 223 (2008)].

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID C. WILLIAMS, Appellant.

Submitted December 29, 2008; decided January 13, 2009

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.